WESTERN DIS.
September,1841.

LEFEBVRE.
vs.
LASTRAPES.

The lower one of two adjacent estates, owes a servitude to the upper one of allowing the waters to pass off from the latter through the natural drains over the land of the former. If the proprietor of the lower estate obstructs the natural flow of the waters of the upper estate he will be compelled to remove such obstructions at his cost.

</div>

---

## LEFEBVRE vs. LASTRAPES.

APPEAL FROM THE COURT OF THE FIFTH DISTRICT, FOR THE PARISH OF

ST. MARTIN, THE JUDGE OF THE SEVENTH PRESIDING.

Where the evidence does not support the charges in a physician's bill, the court will give such judgment as may appear reasonable and equitable from the proof and circumstances of the case.

This is an action on a physician's bill of $600, for medical

45    VOL. XIX.

attendance of defendant's wife and daughter. There is no evidence in support of the item of $50, for attendance on the daughter; and it was shown that the plaintiff was called in with other physicians, to attend the wife with a fractured leg, which he unloosed, took off the old bandage and re-dressed, when the patient became better. He made several visits at a distance of 15 miles.

After hearing all the evidence, the district judge concluded that the medical services of the plaintiff, were worth $146. From judgment thus rendered the plaintiff appealed.

*Voorhies*, for the plaintiff.

*T. H. & W. B. Lewis*, for the defendants.

*Martin, J.* delivered the opinion of the court.

The plaintiff is appellant from a judgment which reduces his claim for medical services rendered the wife and daughter of defendant from $600 to the sum of $146. There is no evidence of the services rendered the daughter nor of their value, although $50 is claimed. Their is but one witness testifying to the services rendered to the wife, and the statements of a professional gentleman as to their value.

It does not appear to us that the District Court erred in reducing the plaintiff's demand to the sum for which judgment was given.

It is therefore ordered, adjudged and decreed, that the judgment of the District Court be affirmed; and that the costs of this appeal be paid by the plaintiff and appellant.